Matter of G. B. (2023 NY Slip Op 06040)

Matter of G. B.

2023 NY Slip Op 06040

Decided on November 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
WILLIAM G. FORD
HELEN VOUTSINAS, JJ.

2022-05519
2022-05520
2023-09302
 (Docket No. D-1301-22)

[*1]In the Matter of G. B. (Anonymous), appellant.

George E. Reed, Jr., White Plains, NY, for appellant.
Caroline E. Blackburn, County Attorney, Poughkeepsie, NY (Linda D. Fakhoury of counsel), for respondent.

DECISION & ORDER
In a juvenile delinquency proceeding pursuant to Family Court Act article 3, G. B. appeals from (1) an order of fact-finding of the Family Court, Dutchess County (Joseph A. Egitto, J.), (2) an order of disposition of the same court, and (3) an order directing detention of the same court, all dated July 8, 2022. The order of fact-finding, insofar as appealed from, upon the admission of G. B., found that G. B. committed an act which, if committed by an adult, would have constituted the crime of petit larceny. The order of disposition, upon the order of fact-finding, adjudicated G. B. a juvenile delinquent and placed her in the custody of the New York State Office of Children and Family Services for a period of up to 12 months, less the period spent in detention pending disposition. The order directing detention remanded G. B. to a New York State Office of Children and Family Services facility, pending placement with the New York State Office of Children and Family Services.
ORDERED that the appeal from the order of fact-finding is dismissed, without costs or disbursements, as that order was superseded by the order of disposition, and is brought up for review on the appeal from the order of disposition; and it is further,
ORDERED that the appeal from so much of the order of disposition as placed G. B. in the custody of the New York State Office of Children and Family Services for a period of up to 12 months, less the period spent in detention pending disposition, is dismissed as academic, without costs or disbursements; and it is further,
ORDERED that the appeal from the order directing detention is dismissed as academic, without costs or disbursements; and it is further,
ORDERED that the order of disposition is affirmed insofar as reviewed, without costs or disbursements.
The appellant admitted to committing an act which, if committed by an adult, would have constituted the crime of petit larceny. The Family Court adjudicated the appellant a juvenile [*2]delinquent, and placed her in the custody of the New York State Office Children and Family Services for a period of up to 12 months, less the period spent in detention prior to disposition.
The appeals from so much of the order of disposition as placed the appellant in the custody of the New York State Office of Children and Family Services for a period of up to 12 months, less the period spent in detention, and from the order directing detention have been rendered academic, as the period of placement has expired (see Matter of Jurell F., 195 AD3d 825). However, the appeal from so much of the order of disposition as adjudicated the appellant a juvenile delinquent has not been rendered academic, as there may be collateral consequences resulting from the adjudication of juvenile delinquency (see Family Ct Act § 783; Matter of Dorothy D., 49 NY2d 212).
Contrary to the appellant's contention, the allocution comported with the sufficiency requirements of Family Court Act § 321.3(1), which mandates that the Family Court ascertain through allocution of the appellant and her guardian that she committed the act or acts to which she is entering an admission, she voluntarily waived her right to a fact-finding hearing, and she was aware of the possible specific dispositional orders.
CONNOLLY, J.P., MALTESE, FORD and VOUTSINAS, JJ., concur.

2022-05519 DECISION & ORDER ON MOTION
2022-05520
2023-09302
In the Matter of G. B. (Anonymous),
appellant.
(Docket No. D-1301-22)

Motion by the appellant to make the caption anonymous. By decision and order on motion of this Court dated August 14, 2023, as amended August 16, 2023, the motion was held in abeyance and referred to the panel of Justices hearing the appeals for determination upon the argument or submission thereof.
Upon the papers filed in support of the motion and no papers having been filed in opposition or in relation thereto, and upon the submission of the appeals, it is
ORDERED that the motion is granted, and the caption is amended as set forth above.
CONNOLLY, J.P., MALTESE, FORD and VOUTSINAS, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court